# Schedule C

SCHEDULE "C"
LEGAL DESCRIPTION

Cameron County, Texas

Tract: RGV-FTB-1079         Owner: Cameron County         Acreage:  0.1130
(Camino Del Rio)

FIELD NOTES FOR 0.1130 ACRE OR 4,923 SQUARE FEET OF LAND LOCATED IN SHARE 29 OF THE ESPIRITU SANTO GRANT, CAMERON COUNTY, TEXAS, BEING A PORTION OF THE CAMINO DEL RIO RIGHT-OF-WAY, COMMONLY KNOWN AS GEORGE SAENZ LANE, (40 FEET WIDE) PER THE PALM PARK SUBDIVISION, RECORDED IN VOLUME 5, PAGE 28 OF THE CAMERON COUNTY MAP RECORDS (C.C.M.R.), SAID 0.1130 ACRE TRACT BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

**COMMENCING** at a found 1-inch aluminum cap in concrete for the northwest corner of a called 364.99 acre tract of land conveyed to the United States of America by deed dated February 2, 1981, as recorded in Volume 1221, Page 224, of the Cameron County Deed Records (C.C.D.R.), the northwest corner of Block 100 of the Subdivision of E.S. Hunt, et al Property as recorded in Volume 1, Pages 26 and 27 C.C.M.R., and the southwest corner of Lot 13, Block 101 of said Palm Park subdivision, being on the east line of a called 874.27 acre tract of land (Tract 1) conveyed to T.E.D. Family Investment Partnership, Ltd., by deed dated October 25, 1994 as recorded in Volume 3117, Page 141, of the Cameron County Official Records (C.C.O.R.), and having coordinates of N= 16,475,444.58, E= 1,334,659.05, from which a found IBWC brass disk in concrete bears South 89° West, 1.4 feet;

**THENCE,** North 89°02'28" East, along the south line of said Block 101, the north line of said Block 100 and the north line of said United States of America tract, a distance of 869.97 feet to a 5/8-inch iron rod with plastic cap stamped "LANDTECH CONSULTANTS", set, for the **POINT OF BEGINNING** and the southwest corner of the herein described tract, being on the west right-of-way line of said Camino Del Rio and the east line of said Lot 13, having coordinates of N= 16,475,459.14, E= 1,335,528.90;

**THENCE,** North 01°38'30" East, along the west right-of-way line of said Camino Del Rio and the east line of said Lot 13, a distance of 123.09 feet to a 5/8-inch iron rod with plastic cap stamped "LANDTECH CONSULTANTS", set, for the northwest corner of the herein described tract;

**THENCE,** North 89°07'02" East, a distance of 40.04 feet to a 5/8-inch iron rod with plastic cap stamped "LANDTECH CONSULTANTS", set, for the northeast corner of the herein described tract, being on the east right-of-way line of said Camino Del Rio and the west line of Lot 11, Block 101 of the said Palm Park subdivision;

**THENCE,** South 01°38'30" West, along the east right-of-way line of said Camino Del Rio and the west line of said Lot 11, a distance of 123.05 feet to a 5/8-inch iron rod with plastic cap stamped "LANDTECH CONSULTANTS", set, for the southeast corner of the herein described tract, being on the north line of said United states of America tract, the north line of said Block 100 and the south line of said Block 101;

**THENCE,** South 89°03'13" West, along the south line of said Block 101, the north line of said Block 100 and the north line of said United States of America tract, a distance of 40.04 feet to the **POINT OF BEGINNING** and containing 0.1130 acres or 4,923 square feet of land.

Bearings and coordinates are referenced to the Texas Coordinate System NAD83, South Zone (4205) and the Leica SmartNet Reference Network Station "RTCM-Ref 0909", having coordinates of N=16,519,734.0968 & E=1,318,461.0350. All coordinates and distances are grid values and can be converted to surface values by dividing by the Combined Scale Factor (CSF), as provided by TranSystems, of 1.000080415 (GRID / CSF = SURFACE).

The unit of measure is U.S. Survey Foot.

# Schedule D

SCHEDULE "D"



LAND TO BE CONDEMNED

Tract: RGV-FTB-1079
Owner: Cameron County, et al
Acreage: 0.1130
Cameron County, Texas

SCHEDULE "D" (Cont.)



LAND TO BE CONDEMNED

Tract: RGV-FTB-1079
Owner: Cameron County, et al
Acreage: 0.1130
Cameron County, Texas

# Schedule E

SCHEDULE "E"
ESTATE TAKEN

Cameron County, Texas

Tract:  RGV-FTB-1079
Owner:  Cameron County, et al
Acreage: 0.1130

The estate taken is fee simple, subject to existing easements for public utilities, railroads and pipelines and subject to Easements Appurtenant reserved in Declarations of Taking or granted by the United States of America across lands acquired by the United States for border barrier purposes to provide access to owners of property on the riverside of the border barrier.  The estate taken excludes all interests in minerals; in water rights associated with or appurtenant to the land; and in water distribution and drainage systems, provided that any surface rights arising from the excluded interests in water distribution and drainage systems are subordinated to the construction, operation, and maintenance of the border barrier and IBWC levee.  The estate taken includes and is not subject to any and all interests in public roads.

# Schedule F

SCHEDULE "F"
ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is SIX HUNDRED DOLLARS AND NO/100 ($600.00), to be deposited herewith in the registry of said Court for the use and benefit of the persons entitled thereto.

# Schedule G

SCHEDULE "G"
NAMES AND ADDRESSES OF INTERESTED PARTIES:

Cameron County, Texas
Honorable Carlos H. Cascos
Cameron County Judge
1100 E. Madison Street, 2nd Floor
Brownsville, TX  78520
(By virtue of the dedication of a 40' wide ROW known as Camino Del Rio, n/k/a George Saenz Lane in the Palm Park Subdivision Plat, recorded in Vol. 5 Pg. 28, Map Records, Cameron County, Texas)

Texas Department of Transportation
125 E. 11th St.
Austin, TX 78701
(By virtue of Section 203.058a of the Texas Transportation Code)

Tony Yzaguirre, Jr.
Cameron County Tax Assessor-Collector
Cameron County Courthouse Administration Building
964 East Harrison Street
Brownsville, Texas 78522

**AS TO LOT 13, BLOCK 101, PALM PARK SUBDIVISION:**

Ramon Cisneros, Jr. and spouse, Francis C. Cisneros

Brownsville, Texas 78521
(By virtue of the Warranty Deed documented at Vol. 4208 Pg. 281, Deed Records, Cameron County, Texas)

Elvira Garcia

Brownsville, TX 78521
(By virtue of the affidavit recorded at Vol. 3519 Pg. 282, Deed Records, Cameron County, Texas)

Eusebio Gonzalez
Unknown Address
(By virtue of the Warranty Deed with Vendor's Lien recorded at Vol. 342 Pg. 221, Deed Records, Cameron County, Texas)

Unknown Heirs of Eusebio Gonzalez
Unknown Address
(By virtue of the Warranty Deed with Vendor's Lien recorded at Vol. 342 Pg. 221, Deed Records, Cameron County, Texas)

Brownsville Independent School District
c/o Linebarger, Goggan, Blair, & Sampson, LLP
Attn: Rogelio Ortiz, Jr.
1805 Ruben Torres Blvd., Ste. B-28
Brownsville, Texas 78521
(By virtue of the Original Petition, filed at Suit No. 2012-DCL-385-A in the District Court, 107th Judicial District, Cameron County, Texas)

State of Texas
Secretary of State
Statutory Documents Section, Citations Unit
1019 Brazos Street
Austin, Texas 78701
(By virtue of Judgment documented at Vol.15677/289, Official Records, Cameron County, Texas)

El Clavo Sales, L.P.
W. Richard Buckholz, registered agent
3261 E. 14th Street
Brownsville, Texas 78521
(By virtue of a Judgment documented at Vol. 10207/180, Official Records, Cameron County, Texas)

Sunrise National Bank, N/K/A Firstbank
1175 FM 802
Brownsville, Texas 78521
(By virtue of the Extension of Real Estate Note and Lien documented at Vol. 1858 Pg. 99, Official Records, Cameron County, Texas, being an extension of the Deed of Trust documented at Vol. 1209 Pg. 133, Official Records, Cameron County, Texas)

State of Texas, et al
c/o Heard, Goggan, Blair & Williams
3505 Boca Chica, Suite 160
Brownsville, TX 78520
(By virtue of the Abstract of Judgment documented at Vol. 2669 Pg. 268, Official Records, Cameron County, Texas)

State of Texas
Texas Workforce Commission
851 Old Alice Road
Brownsville, Texas 78520
 (By virtue of the Notice of State Tax Lien documented at Vol. 402 Pg. 129 & Vol. 246 Pg. 146)

Internal Revenue Service
Donna Morris, Senior Commissioner
4050 Alpha Road
Farmers Branch, Texas 75244
(By virtue of Notice of Federal Tax Lien documented at Vol. 375 Pg. 185 & Vol. 103 Pg. 632, Official Records, Cameron County, Texas)

**AS TO LOT 11, BLOCK 101, PALM PARK SUBDIVISION:**

David Hernandez

San Antonio, Texas 78240
(By virtue of the Warranty Deed documented at Vol. 926 Pg. 176, Deed Records, Cameron County, Texas)

Cristina Hernandez

Brownsville, Texas 78521
(By virtue of the Warranty Deed documented at Vol. 926 Pg. 176, Deed Records, Cameron County, Texas)

FOR SUBORDINATION PURPOSES ONLY:

El Jardin Water Supply Corporation
C/O Gale E. Armstrong, Jr., Registered Agent
5250 Coffeeport Road, Ste. D
Brownsville, Texas 78521
(By virtue of an easement for water distribution lines documented at Vol. 10201, page 70, Official Records of Cameron County, Texas)

**AS TO LOTS 11 & LOT 13, BLOCK 101, PALM PARK SUBDIVISION:**

FOR SUBORDINATION PURPOSES ONLY:

Brownsville Irrigation District (f/k/a Cameron County Water Control and Improvement District # 5)
Joe A. Barrera, III, General Manager
6925 Coffeeport Road
Brownsville, TX 78522
(By virtue of an easement documented at Vol. 1145, Page 313, Deed Records of Cameron County, Texas and other easements, rights, rules, and regulations in favor of Brownsville Irrigation District)